PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:	(818) 883-4900
Fax:	(818) 883-4902
Email:	peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:	(213) 599-8255
Fax:	(213) 402-3949
Email:	lonnieblanchard@gmail.com

JEFFREY D. HOLMES (SBN 100891)
HOLMES LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:	(310) 396-9045
Fax:	(970) 497-4922
Email:	jeffholmesjh@gmail.com

Attorneys for Plaintiff Robert Stone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Stone, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>Sterling Infosystems, Inc. and Does 1 through 10,<br><br>   Defendants. | **Case No. 2:15-CV-00711-MCE-DAD**<br>**CLASS ACTION**<br><br>**Notice of Voluntary Dismissal** |

**Notice of Voluntary Dismissal – Case No. 2:15-CV-:15-CV-00711-MCE**

Plaintiff voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: August 11, 2015      THE DION-KINDEM LAW FIRM

BY: _____
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM
Attorney for Plaintiff Robert Stone